# The Alabama Court of Civil Appeals



SETH P. RHODEBECK
CLERK

300 DEXTER AVENUE
MONTGOMERY, ALABAMA 36104-3741
TELEPHONE 334-229-0733

LYNN DEVAUGHN
ASSISTANT CLERK

November 14, 2025

CL-2024-0864

K.S. v. A.H. and J.H. (Appeal from Lawrence Juvenile Court:  JU-16-132.04).

## NOTICE

You are hereby notified that the following action was taken in the above cause by the Court of Civil Appeals:

Application for Rehearing Overruled. No opinion written on rehearing.

Hanson and Fridy, J., concur.

Moore, P.J., and Edwards and Bowden, JJ., concur in the result, without opinions.

Seth P. Rhodebeck, Clerk